NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Derek Newman (State Bar 190467)
Newman Du Wors LLP
100 Wilshire Boulevard
Suite 940
Santa Monica, CA 90401
(310) 359-8200

ATTORNEY(S) FOR: Andee Hill, Ryan Bogue, Donald Hendrickson, and Escrow Hill Limited

FILED
2014 FEB 19 PM 2:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EC SERVICES CORPORATION, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | **SACV14-00243 RNB** |
| v. | |
| ANDREA HILL et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Andee Hill, Ryan Bogue, Donald Hendrickson, and Escrow Hill Limited
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| EC Services Corporation | Plaintiff |
| Andrea Hill a/k/a Andee Hill | Defendant |
| Ryan Bogue | Defendant |
| Donald Hendrickson | Defendant |
| Escrow Hill | Defendant |
| Escrowhill.com | Defendant |
| Escrow Hill, Limited | Defendant |
| Administrative Services, LLC | Defendant |
| Gregg McNair | Defendant |

"BY FAX"

February 19, 2014
Date

_/s/ Signature_
Signature

Attorney of record for (or name of party appearing in pro per):
Andee Hill, Ryan Bogue, Donald Hendrickson, and Escrow Hill Limited

CV-30 (05/13)     NOTICE OF INTERESTED PARTIES